

UNITED STATES POSTAL SERVICE

Sender: Please print your name, address, and ZIP+4 in this box

Riemer & Underwood P.C.
166 Government St. Suite 100
Mobile, AL 36602

BUFFALO, NY
20 JAN PM 142

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

v-00010-WS-C   Document 5-1   Filed 02/07/11

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Prism Resolution LLC
   P.O. Box 218
   North Tonawanda, NY
   14120

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]  ☐ Agent
                  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
   [M. Sm]                         1/20/11

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:       ☒ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)
   7009 2820 0001 7873 8187

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540